JOHN C. ANDERSON, administrator, &c., appellant,

*v.*

THE SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION et al., respondents.

[Submitted December 5th, 1905. Decided June 18th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *69 N. J. Eq. 176.*

*Mr. William Newcorn* and *Mr. Freeman Woodbridge,* for the appellant.

*Mr. John P. Owens* and *Mr. Thomas Anderson,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, FORT, GARRETSON, HENDRICKSON, PITNEY, VREDENBURGH, VROOM, GREEN, GRAY, DILL—10.

*For reversal*—GARRISON, SWAYZE, REED, BOGERT—4.